UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 04-39355 |
|---|---|
|    GERALD C MARSHALL | (Chapter 13) |
|    PAULETTE C MARSHALL | |
|                         Debtors | JUDGE GUY R. HUMPHREY |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3995766**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 5/ 1,134 | WELLS FARGO HOME MORTGAGE<br>1 HOME CAMPUS MAC# X2302-4C<br>BANKRUPTCY PAYMENT PROCESSING<br>DES MOINES, IA  50328 | 1,966.77 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 1/26/2010

Certificate of Service                     04-39355

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

GERALD C MARSHALL
PAULETTE C MARSHALL
4504 THISTLE DR.
DAYTON, OH  45427

WAYNE P NOVICK
2135 MIAMISBURG-CENTERVILLE RD
CENTERVILLE, OH  45459

(31.1n)
ATTY GENERAL STATE OF OHIO
% REBECCA DAUM
30 E BROAD ST 23RD FL
COLUMBUS, OH  43215

(38.1n)
ECAST SETTLEMENT CORPORATION
BOX 35480
NEWARK, NJ  07193

(28.1n)
LOS ANGELES COUNTY CHILD SUPP
CSSD
5701 S EASTERN AVE SUITE 201
COMMERCE, CA  90040

(1134.4)
MCCALLA RAYMER LLC
NATIONAL BANKRUPTCY DEPT
1544 OLD ALABAMA RD
ROSWELL, GA  30076

(37.1n)
WASHINGTON MUTUAL BANK FA
11200 WEST PARKLAND
MAILSTOP MWIA303
MILWAUKEE, WI  53224

(39.1n)
WELLS FARGO BANK NA
% MCCALLA RAYMER LLC BK DEPT
1544 OLD ALABAMA ROAD
ROSWELL, GA  30076

(1135.1n)
WELLS FARGO BANK NA
PO BOX 35476
PHOENIX, AZ  85072

(1134.1)
WELLS FARGO HOME MORTGAGE
1 HOME CAMPUS MAC# X2302-4C
BANKRUPTCY PAYMENT PROCESSING
DES MOINES, IA  50328

(33.1n)
WELLS FARGO HOME MORTGAGE
%BANKRUPTCY MAIL MAC#X7801-014
3476 STATEVIEW BLVD
FORT MILL, SC  29715

Jeffrey M. Kellner BY     ___/s/ Jeffrey M. Kellner_____    cs